THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| VEHICLE IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BASIC ENERGY SERVICES, INC., <br><br> Defendant. | Civil Case No. 3:14-cv-00818-N |

NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Vehicle IP, LLC hereby dismisses the above-captioned action without prejudice.  Because an Answer has not been filed by Defendant Basic Energy Services, Inc., no order of the Court is necessary.

Dated:  August 5, 2014

**FISH & RICHARDSON P.C.**

By: */s/ Britnee M. Reamy*
Thomas M. Melsheimer
Texas Bar No. 13922550
txm@fr.com
Britnee M. Reamy
Texas Bar No. 24053439
bmr@fr.com
FISH & RICHARDSON, P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone (214) 747-5070
Fax (214) 747-2091
Attorneys for Plaintiff
VEHICLE IP, LLC